IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ANDREWS, | No. 4:24-CV-00783 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WARDEN TALUTTO, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 18th day of November 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 31) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against plaintiff Robert Andrews as to all Section 1983 claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge